## **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TECHNIPLAS, LLC, *et al.,* | Case No. 20-11049 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. __** |

**ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) TO REJECT CERTAIN EXECUTORY CONTRACTS, (II) TO REJECT CERTAIN UNEXPIRED LEASES, (III) TO ABANDON CERTAIN PERSONAL PROPERTY, AND (IV) TO AUTHORIZE AND APPROVE PROCEDURES TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above captioned cases (collectively, the "**Debtors**"), for an order pursuant to sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, (i) authorizing and approving the Debtors' rejection of certain executory contracts, as set forth in **Exhibit 1** attached hereto as of the Contract Rejection Date; (ii) authorizing and approving the Debtors' rejection of certain unexpired leases for nonresidential real property, as set forth in **Exhibit 2** attached hereto as of the Lease Rejection Date, (iii) authorizing and approving the abandonment certain Personal Property (as defined below), and (iv) authorizing and approving procedures to later reject executory contracts and unexpired leases; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Techniplas, LLC (7921); DMP Monterrey Holdings LLC (5888); DMP International Holdings, LLC (5922); Nyloncraft, Inc. (6035); Nyloncraft of Michigan, LLC (9613); DMP Exports Inc. (2366); Techniplas Finance Corp. (8207); and WEIDPLAS North America, LLC (6945). The address of the Debtors' corporate headquarters is N44 W33341 Watertown Plank Road, Nashotah, Wisconsin 53058.

[2]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (Sleet, C.J.); and it appearing that venue of the Chapter 11 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Court may enter a final order consistent with Article III of the United States Constitution and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having determined that the legal and factual bases set forth in the Motion have established just cause for the relief requested herein; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.   The Motion is GRANTED as set forth herein.

2.   Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Contracts are hereby rejected by the Debtors, with such rejection being effective as of the Contract Rejection Date.

3.   Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases are hereby rejected by the Debtors, with such rejection being effective as of the Lease Rejection Date.

4.   Pursuant to the *Order (I) Establishing Deadlines for Filing Pre-Petition and Administrative Expenses Claims and (II) Approving the Form and Manner of Notice Thereof* [D.I. 307], any person or entity that holds a claim that arises from the Contracts or Leases must file a proof of claim based on such rejection by the later of: (i) July 30, 2020 at 4:00 p.m. (ET) (the

"**General Bar Date**"); or (ii) the first business day that is at least twenty-one (21) calendar days after the mailing of (a) a notice of an order approving the rejection of an executory contract or unexpired lease or (b) notice of rejection of an executory contract or unexpired lease in accordance with any procedural order entered by the Court.

5.    Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtors are authorized, but not directed, to abandon any Personal Property located at the Premises and all such abandoned Personal Property is deemed abandoned as of the Lease Rejection Date. The applicable counterparty to each Lease may utilize or dispose of such Personal Property without liability to any third parties, and without further notice to any party claiming an interest in such abandoned Personal Property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

6.    The following procedures (the "**Rejection Procedures**") are approved in connection with rejecting further Agreements:

    a.    *Rejection Notice*. The Debtors shall file one or more notices in the form attached to the Motion as **Exhibit B** (each, a "**Rejection Notice**") to reject an Agreement or Agreements pursuant to section 365 of the Bankruptcy Code, which Rejection Notice(s) shall set forth, among other things, with respect to each Agreement listed on the Rejection Notice: (i) the Agreement to be rejected; (ii) the Debtor or Debtors party to such Agreement; (iii) the names and addresses of the counterparties to such Agreement; (iv) the proposed effective date of the rejection for such Agreement (the "**Rejection Date**"); and (v) if such Agreement is a unexpired lease for real property, the personal property to be abandoned, if any. The Rejection Notice shall also set forth the deadlines and procedures for filing objections to the Rejection Notice (as set forth below). Each Rejection Notice may list multiple Agreements; provided that the number of counterparties to Agreements listed on any one Rejection Notice shall be limited to no more than 100. For the avoidance of doubt, the Debtors may serve multiple Rejection Notices, as long as the counterparties listed on each notice are limited to no more than 100.

    b.    *Service of Rejection Notice*. The Debtors will cause each Rejection Notice to be served via email, if available, and by overnight delivery service upon the Agreement counterparties affected by such Rejection Notice and their

counsel, if known, and by first class mail, email, or fax upon: (i) the U.S. Trustee for the District of Delaware; (ii) the Official Committee of Unsecured Creditors; (iii) counsel to the DIP Agent; (iv) counsel to Bank of America, N.A., as agent the Prepetition ABL Facility; and (v) any party that requests service pursuant to Bankruptcy Rule 2002.

c.    ***Objection Procedures***. Parties objecting to a proposed rejection must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and actually received by the following parties (collectively, the "**Objection Service Parties**") no later than seven (7) days after the date the Debtors serve the relevant Rejection Notice (the "**Rejection Objection Deadline**"): (i) Techniplas, LLC, N44 W33341 Watertown Plank Road, Nashotah, Wisconsin 53058 (Attn: Pete Smidt (Pete.Smidt@fticonsulting.com); (ii) counsel to the Debtors, (a) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: David Turetsky, Esq. (david.turetsky@whitecase.com), and Andrew Zatz, Esq. (azatz@whitecase.com)), and (b) Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801 (Attn: Jeffrey Schlerf, Esq. (jschlerf@foxrothschild.com)); (iii) counsel to the DIP Term Lenders party to the DIP Term Credit Agreement, and the Prepetition Notes party to the Prepetition Notes Indenture, (a) Arnold & Porter Kaye Scholer LLP, 250 W 55th St, New York, NY 10019 (Attn: Jonathan I. Levine, Esq. (Jonathan.Levine@arnoldporter.com)), and (b) Cole Schotz P.C., 500 Delaware Avenue, Ste 1410, Wilmington, DE 19801 (Attn: Kate Stickles (kstickles@coleschotz.com)); (iv) counsel to Bank of America, N.A., as agent the Prepetition ABL Facility, Sidley Austin LLP, 1 S Dearborn St, Chicago, IL 60603 (Attn: Andrew R. Cardonick, Esq. (acardonick@sidley.com) and Dennis Twomey, Esq. (dtwomey@sidley.com)); (vi) counsel to the Official Committee of Unsecured Creditors, (a) Akin Gump Strauss Hauer & Feld LLP (Attn: Arik Preis, Esq. (apreis@akingump.com) and Kevin Zuzolo, Esq. (kzuzolo@akingump.com)), and (b) Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com)); and (vii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Linda Richenderfer (Linda.Richenderfer@usdoj.gov)).

d.    ***No Objection***. If no objection to the rejection of any Agreements is timely filed, the Debtors shall file with the Court a proposed order to approve the rejection of such Agreement(s) under certificate of counsel. Upon entry of the order by the Court, each Agreement listed in the applicable Rejection Notice shall be rejected as of the Rejection Date set forth in the Rejection Notice or such other date as the Debtors and the counterparty or counterparties to such Agreement(s) agree; provided that the effective date of a rejection of a real property lease shall not occur until the later of (i) the date the Debtors file and serve a Rejection Notice for the lease, and (ii)

vacate the premises and tender control of the premises to the applicable lease counterparty.

e.    ***Unresolved Objections***. If one or more objections to the rejection of any Agreement(s) listed in the applicable Rejection Notice is timely filed and properly served as specified above and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the rejection of the Agreement(s) implicated by such objection(s) and shall provide at least ten (10) days' notice of such hearing to each objecting party and the Objection Service Parties. If any such objection is overruled or withdrawn, following entry of an order by the Court, the Agreement(s) that are the subject of such objection shall be rejected as of the Rejection Date set forth in the Rejection Notice or such other date as agreed by the parties or determined by the Court as set forth in any order overruling such objection.

f.    ***No Application of Deposits***. If the Debtors have deposited monies with an Agreement counterparty as a security deposit or other arrangement, such Agreement counterparty may not setoff, recoup, or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Agreement(s) otherwise agree.

g.    ***Abandoned Property***. The Debtors are authorized, but not directed, at any time on or after the applicable Rejection Date, to remove or abandon, at their option, any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Agreement. The Debtors shall generally describe the abandoned personal property in the Rejection Notice. Absent a timely objection, the property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.[3] Agreement counterparties to leases may, in their sole discretion and without further order of this Court, utilize and/or dispose of such property without liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

h.    ***Rejection Damages***. Claims arising out of the rejection of Agreements, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, and (ii) twenty-one (21) days after the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

i.    ***Removal from Schedule***. The Debtors reserve the right to remove any Agreement from the schedule to any Rejection Notice at any time prior to

---

[3]    If the Rejection Date specified in the Rejection Notice with respect to any Agreement that is a lease of nonresidential real property predates the removal of any property not otherwise generally described in the Rejection Notice, the Rejection Date will not become effective until such date the property is removed from the leased premises.

the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

7.   Nothing in this Order shall impair, prejudice, waive, or otherwise affect any rights of the Debtors or their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts, Leases, and Agreements are limited to any remedies available under any applicable termination provisions of such Contracts, Leases, and Agreements or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

8.   The rights of the Debtors and their estates to assert that the Contracts, Leases, Agreements rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtors and their estates do not waive any claims that they may have against the counterparties to the Contracts, Leases, and Agreements whether or not such claims arise under, are related to the rejection of, or are independent of the Contracts, Leases and Agreements.

9.   The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

10. The requirements in Bankruptcy Rule 6006 and 6007 are satisfied.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

## **Exhibit 1**

Rejected Contracts

## EXHIBIT 1
### Rejected Executory Contracts

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| A-1 EMPLOYMENT INC | 400 S 8TH ST. OPELIKA, AL 36801 | THIRD PARTY SERVICE AGREEMENT: STAFFING AGREEMENT DTD 1/19/2011 | | WEIDPLASNORTH AMERICA, LLC |
| ABS QUALITY EVALUATIONS INC | 1711 CITY PLAZA DRIVE SPRING , TX 77389 | THIRD PARTY SERVICE AGREEMENT: APPLICATION FOR MANAGEMENT SYSTEM CERTIFICATION | 12/8/2016 | |
| ABS QUALITY EVALUATIONS INC | 1711 CITY PLAZA DRIVE SPRING , TX 77389 | THIRD PARTY SERVICE AGREEMENT: APPLICATION FOR MANAGEMENT SYSTEM CERTIFICATION | 3/27/2013 | |
| ABS QUALITY EVALUATIONS INC | 1711 CITY PLAZA DRIVE SPRING , TX 77389 | THIRD PARTY SERVICE AGREEMENT: APPLICATION FOR MANAGEMENT SYSTEM CERTIFICATION | 12/12/2017 | |
| ABS QUALITY EVALUATIONS INC | 1711 CITY PLAZA DRIVE SPRING , TX 77389 | THIRD PARTY SERVICE AGREEMENT: APPLICATION FOR MANAGEMENT SYSTEM CERTIFICATION | | NYLONCRAFT, INC. |
| ABS QUALITY EVALUATIONS INC | 1711 CITY PLAZA DRIVE SPRING , TX 77389 | THIRD PARTY SERVICE AGREEMENT: APPLICATION FOR MANAGEMENT SYSTEM CERTIFICATION | | NYLONCRAFT, INC. |
| ABSORBTECH | 2700 S 160TH ST. NEW BERLIN, WI 53151 | SERVICE AGREEMENT: SERVICE AGREEMENT (WITHOUT GARMENTS) DTD 2/15/2017 | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| ABSORBTECH | 2700 S 160TH ST. NEW BERLIN, WI 53151 | SERVICE AGREEMENT: SERVICE AGREEMENT DTD 3/15/2019 | | TECHNIPLAS, LLC |
| ACCESS SYSTEMS | 955 SE OLSON DRIVE WAUKEE, IA 52233 | LEASE EQUIPMENT: COST PER IMAGE AGREEMENT DTD 10/3/2017 | | TECHNIPLAS, LLC |
| ACCOUNTING PRINCIPALS INC | 13105 W. BLUEMOUND RD. STE 250 BROOKFIELD, WI 53005 | THIRD PARTY SERVICE AGREEMENT: CONTRACT TO HIRE SERVICES DTD 2/21/2019 | | TECHNIPLAS, LLC |
| AGILITY GLOBAL HOLDINGS LLC | 399 PARK AVENUE NEW YORK, NY 10022 | TERMINATED AGREEMENTS: SERVICES AGREEMENT, DATED OCTOBER 28, 2019, BETWEEN AGILITY GLOBAL HOLDINGS LLC AND SELLER PARENT | | TECHNIPLAS, LLC |
| AIR CON MECHANICAL CORPORATION | 3121 SE 14TH ST DES MOINES, IA 50320 | MAINTENANCE AGREEMENT: PREVENTATIVE MAINTENANCE CONTRACT DTD 8/29/2019 | | TECHNIPLAS, LLC |
| AIR CON MECHANICAL CORPORATION | 3121 SE 14TH ST DES MOINES, IA 50320 | MAINTENANCE AGREEMENT: PREVENTATIVE MAINTENANCE CONTRACT DTD 8/29/2019 | | TECHNIPLAS, LLC |
| AMERICAN LANDSCAPE | ATTN JOEL HOLLRITH N60 W16073 KOHLER LN MENOMONEE FALLS, WI 52051 | THIRD PARTY SERVICE AGREEMENT: 2020 LANDSCAPE | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| | | MAINTENANCE PROPOSAL DTD 3/11/2020 | | |
| BALK, TIMOTHY T | 616 W MCKINLEY AVE MISHAWAKA, IN 46545 | EMPLOYMENT AGREEMENT: LETTER RE: CHANGE IN CONTROL AGREEMENT DTD 8/22/2012 | | NYLONCRAFT, INC. |
| BCA ENVIRONMENTAL CONSULTANTS LLC | 224 W JEFFERSON BLVD, STE 204 SOUTH BEND, IN 46601 | ENVIRONMENTAL CLEAN-UP AGREEMENT: MULTI-FACILITY ENVIRONMENTAL CONSULTING SERVICES DTD 9/3/2019 | | TECHNIPLAS, LLC |
| BG STAFFING INC | GEORGINE BALTZ 530 S 11TH ST. MILWAUKEE, WI 53204 | THIRD PARTY SERVICE AGREEMENT: SERVICE AGREEMENT DTD 8/16/2019 | | TECHNIPLAS, LLC |
| BT STAFFING LLC | 777 E WISCONSIN AVE. MILWAUKEE, WI 53202 | THIRD PARTY SERVICE AGREEMENT: AGREEMENT FOR SUPPLYING TEMPORARY PERSONNEL DTD 2/11/2019 | | TECHNIPLAS, LLC |
| CAROLINA HANDLING LLC | 3101 PIPER LN CHARLOTTE, NC 28208-6499 | LEASE EQUIPMENT: CUSTOMER CARE AGREEMENT DTD 2/24/2015 | | TECHNIPLAS, LLC |
| CAROLINA HANDLING LLC | 3101 PIPER LN CHARLOTTE, NC 28208-6499 | LEASE EQUIPMENT: CUSTOMER CARE AGREEMENT DTD 2/24/2015 | | WEIDPLASNORTH AMERICA, LLC |
| CAROLINA HANDLING LLC | 3101 PIPER LN CHARLOTTE, NC 28208-6499 | LEASE EQUIPMENT: MHE BY THE MONTH | | WEIDPLASNORTH AMERICA, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| | | AGREEMENT DTD 1/23/2017 | | |
| CINTAS CORP | PO BOX 631025 CINCINNATI, OH 45263-1025 | THIRD PARTY SERVICE AGREEMENT: REVIVER VIEW SERVICE AGREEMENT DTD 11/9/2015 | | TECHNIPLAS, LLC |
| CINTAS CORP | PO BOX 631025 CINCINNATI, OH 45263-1025 | THIRD PARTY SERVICE AGREEMENT: SANIS ULTRACLEAN SERVICE AGREEMENT DTD 4/22/2020 | | TECHNIPLAS, LLC |
| CINTAS CORP | PO BOX 631025 CINCINNATI, OH 45263-1025 | VENDOR AGREEMENTS: STANDARD RENTAL SERVICE AGREEMENT DTD 7/21/15 | | TECHNIPLAS, LLC |
| CINTAS CORP | PO BOX 631025 CINCINNATI, OH 45263-1025 | VENDOR AGREEMENTS: STANDARD RENTAL SERVICE AGREEMENT DTD 9/11/18 | | TECHNIPLAS, LLC |
| CLEAN EARTH OF ALABAMA INC | 402 WEBSTER CHAPEL RD GLENCOE, AL 35905 | ENVIRONMENTAL CLEAN-UP AGREEMENT: WASTE PROFILE RENEWAL DTD 4/7/2020 | | WEIDPLASNORTH AMERICA, LLC |
| COIN-OP CANTEEN SERVICES INC | 4572 WEST US 223 ADRIAN, MI 49221 | VENDOR AGREEMENTS: VENDING, COFFEE AND UNATTENDED VENDING SERVICES AGREEMENT DTD 6/1/2016 | | TECHNIPLAS, LLC |
| CROWN EQUIPMENT CORP | D/B/A CROWN CREDIT CO ATTN JAN SCHOENHERR NEW BREMEN, OH 45869 | SERVICE AGREEMENT: SERVICE QUOTATION 5777171868 DTD 9/3/2019 | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| CROWN EQUIPMENT CORP | LIFT TRUCKS, 5877 NE INDUSTRY DRIVE, DES MOINES, IA | SHORT TERM RENTAL AGREEMENT: RA1577 DTD 11/29/2019 | | TECHNIPLAS, LLC |
| CROWN EQUIPMENT CORP | LIFT TRUCKS, 5877 NE INDUSTRY DRIVE, DES MOINES, IA | SHORT TERM RENTAL AGREEMENT: RA1490 | | DICKTEN MASCH PLASTICS |
| CROWN EQUIPMENT CORP | LIFT TRUCKS, 5877 NE INDUSTRY DRIVE, DES MOINES, IA | SHORT TERM RENTAL AGREEMENT: RA1640 DTD 4/3/2020 | | TECHNIPLAS, LLC |
| CURTIS BROWN | | EMPLOYMENT CONTRACT DATED 7/10/2019 | | TECHNIPLAS, LLC |
| DAMES, DON | 616 W MCKINLEY AVE MISHAWAKA, IN 46545 | EMPLOYMENT AGREEMENT: LETTER RE: CHANGE IN CONTROL AGREEMENT DTD 8/22/2012 | | NYLONCRAFT, INC. |
| DAVID KNILL | 8091 CARIBOU LAKE LANE CLARKSTON, MI 48346 | EMPLOYMENT CONTRACT DATED 8/15/2015 | | TECHNIPLAS, LLC |
| DEWITT ROSS & STEVENS S.C. | CHRIS SCHERER 2 EAST MIFFLIN STREET, SUITE 600 MADISON, WI 53703 | PROFESSIONAL SERVICES AGREEMENT | | TECHNIPLAS, LLC |
| DONNELLEY FINANCIAL, LLC. | 35 W WACKER DRIVE CHICAGO, IL 60601 | SERVICE AGREEMENT | | TECHNIPLAS, LLC |
| ECAPITAL ADVISORS LLC | 7900 XERXES AVE S, STE 1300 BLOOMINGTON, MN 55431 | THIRD PARTY SERVICE AGREEMENT: QUOTE 1451 DTD 11/15/2019 | | TECHNIPLAS, LLC |
| FORGE INDUSTRIAL STAFFING INC | PO BOX 71172 CHICAGO, IL 60694-1172 | THIRD PARTY SERVICE AGREEMENT: CLIENT SERVICE AGREEMENT DTD 1/22/2018 | | NYLONCRAFT, INC. |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| GIBB BUILDING MAINTENANCE COMPANY INC | 5100 W GOOD HOPE RD MILWAUKEE, WI 53223 | SERVICE AGREEMENT: SERVICES AGREEMENT DTD 6/1/2020 | | TECHNIPLAS, LLC |
| HASH, DAVID | | FINANCE AGREEMENT: REBATE AGREEMENT DTD 1/20/2020 | | TECHNIPLAS, LLC |
| HAYS BENEFITS GROUP OF WI LLC | 1200 N MAYFAIR RD, STE 100 MILWAUKEE, WI 53226 | THIRD PARTY SERVICE AGREEMENT: CONSULTING SERVICE AGREEMENT DTD 6/4/2018 | | TECHNIPLAS, LLC |
| HELLA CORPORATE CENTER USA INC | 201 KELLY DRIVE PEACHTREE CITY, GA 20369 | SERVICE AGREEMENT: TERMS AND CONDITIONS (FRAMEWORK) DTD 10/3/2014 | | TECHNIPLAS, LLC |
| KARD RECYCLING SERVICE INC | 3000 S 163RD ST NEW BERLIN, WI 53151 | THIRD PARTY SERVICE AGREEMENT: PAPER RECYCLING & DESTRUCTION SERVICE AGREEMENT DTD 6/29/2016 | | TECHNIPLAS, LLC |
| KRZYZEWSKI, JAMES M | 616 W MCKINLEY AVE MISHAWAKA, IN 46545 | EMPLOYMENT AGREEMENT: LETTER RE: CHANGE IN CONTROL AGREEMENT DTD 8/22/2012 | | NYLONCRAFT, INC. |
| LATITUDE 41 LAWN AND LANDSCAPES OF IOWA LLC | 728 NE 42ND ST ANKENY, IA 50021 | SERVICE AGREEMENT: LAWN CARE PROPOSAL DTD 11/1/2019 | | TECHNIPLAS, LLC |
| LATITUDE 41 LAWN AND LANDSCAPES OF IOWA LLC | 728 NE 42ND ST ANKENY, IA 50021 | SERVICE AGREEMENT: SNOW PLOWING | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| | | CONTRACT FOR 2019/2020 DTD 10/29/2019 | | |
| LAWSON PRODUCTS INC | PO BOX 809401 CHICAGO, IL 60680 | VENDOR AGREEMENTS: LETTER OF AGREEMENT DTD 5/1/2019 | | TECHNIPLAS, LLC |
| LEE STAFFING INC | DBA ALLEGIANCE STAFFING ATTN CRAIG LEE, GEN MGR 207 S CENTRAL AVE ALEXANDER CITY, AL 35010 | THIRD PARTY SERVICE AGREEMENT: GENERAL STAFFING AGREEMENT DTD 8/27/2019 | | WEIDPLASNORTH AMERICA, LLC |
| MAXWELL TECHNOLOGIES INC | ATTN ED MUNEVAR, SENIOR DIRECTOR 9244 BALBOA AVE SAN DIEGO, CA 92108 | SUPPLIER QUALITY AGREEMENT | | NYLONCRAFT, INC. |
| MAXWELL TECHNOLOGIES INC | 9244 BALBOA AVE SAN DIEGO, CA 92108 | THIRD PARTY SERVICE AGREEMENT: SUPPLIER QUALITY AGREEMENT | | NYLONCRAFT, INC. |
| MAYSTEEL HOLDINGS INC | ATTN ANDERS SEGERDAHL, PRES 330 E KILBOURN AVE, STE 750 MILWAUKEE, WI 53202 | SERVICE AGREEMENT: OPERATING AGREEMENT DTD 8/27/2004 | | TECHNIPLAS, LLC |
| MEDTRAK RX | LAURIE STOWE 10895 LOWELL AVE STE 100 OVERLAND PARK, KS 66210-1678 | INSURANCE POLICIES: PHARMACY BENEFIT PLAN DTD 2/28/2020 | | TECHNIPLAS, LLC |
| MEDTRAK RX | LAURIE STOWE 10895 LOWELL AVE STE 100 OVERLAND PARK, KS 66210-1678 | INSURANCE POLICIES: PHARMACY BENEFIT PLAN DTD 2/28/2020 | | TECHNIPLAS, LLC |
| MILLWAUKEE AREA OFFICE | ATTN RUSTY KONITZER N28 W23050 ROUNDY DR, STE 200 PEWAUKEE, WI 53072 | THIRD PARTY SERVICE AGREEMENT: HTG STANDARD TERMS & CONDITIONS DTD 5/8/2020 | | TECHNIPLAS, LLC |
| MORPHISEE INC | 303 WYMAN ST, STE 300 WALTHAM, MA 02451 | THIRD PARTY SERVICE AGREEMENT | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| MRI NETWORK | 305 2ND ST SE, STE 300 CEDAR RAPIDS, IA 52401 | THIRD PARTY SERVICE AGREEMENT: EXCLUSIVE CONTIGENCY FEE AGREEMENT DTD 6/3/2019 | | TECHNIPLAS, LLC |
| NXT CAPITAL FUNDING VI LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | GUARANTEES: AMENDED AND RESTATED AMENDMENT NO 1 TO GUARANTY DTD 2/3/2016 | | TECHNIPLAS, LLC |
| NXT CAPITAL LLC | ATTN DAVID HEIDT, DIR 191 N WACKER DR, 30TH FL CHICAGO, IL 60606 | LEASE EQUIPMENT: NOTICE AND ACKNOWLEDGEMENT OF ASSIGNMENT | | TECHNIPLAS, LLC |
| NXT CAPITAL LLC | ATTN DAVID HEIDT, DIR 191 N WACKER DR, 30TH FL CHICAGO, IL 60606 | LEASE EQUIPMENT: NOTICE AND ACKNOWLEDGEMENT OF ASSIGNMENT | | TECHNIPLAS, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE #750-0001002-4 DTD 12/1/2015 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE #750-0001002-4 DTD 12/1/2015 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE #750-0001002-5 DTD 2/3/2016 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE #750-0001002-5 DTD 2/3/2016 | | WEIDPLASNORTH AMERICA, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE #876076-001 DTD 7/29/2013 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE NO 75000010024 DTD 12/1/2015 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE NO 8786076002 | | WEIDPLASNORTH AMERICA, LLC |
| NXT CAPITAL LLC | 1227 TREAT BLVD, STE 950 WALNUT CREEK, CA 94597 | LEASE EQUIPMENT: SCHEDULE NO 8786076003 | | WEIDPLASNORTH AMERICA, LLC |
| OPTUM | ATTN: JUDY KASSA 13715 FAIR OAK CT. APPLE VALLEY, MN 55124 | INSURANCE POLICIES: AMENDMENT TRANSPLANT PROGRAM DTD 1/3/2020 | | TECHNIPLAS, LLC |
| PALMER GROUP | 737 WOODLANDAVE, STE 200 WEST DES MOINES, IA 50266 | EMPLOYMENT AGREEMENT: CONVERSION AND DIRECT-HIRE PLACEMENT TERMS | | TECHNIPLAS, LLC |
| PALMER GROUP | 737 WOODLANDAVE, STE 200 WEST DES MOINES, IA 50266 | THIRD PARTY SERVICE AGREEMENT: DIRECT-HIRE FEE & GUARANTEE SCHEDULE DTD 7/19/2019 | | TECHNIPLAS, LLC |
| PANKAJ TANNA | | EMPLOYMENT CONTRACT DATED 3/14/2018 | | TECHNIPLAS, LLC |
| PER MAR | 1900 E. KIMBERLY RD. DAVENPORT, IA 52807-2033 | SERVICE AGREEMENT: SECURITY SERVICES BASIC AGREEMENT | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| PER MAR | 1900 E. KIMBERLY RD. DAVENPORT, IA 52807-2033 | SERVICE AGREEMENT: SECURITY SERVICES BASIC AGREEMENT | | TECHNIPLAS, LLC |
| PERFECTION COMMERCIAL SERVICES INC | PO BOX 305 TEKONSHA, MI 49092 | THIRD PARTY SERVICE AGREEMENT: SERVICE AGREEMENT | | TECHNIPLAS, LLC |
| PORT CITY COMMUNICATIONS INC | 942 MILITARY ST PORT HURON, MI 48060 | LEASE EQUIPMENT: TERMS OF SERVICE/SERVICE AGREEMENT DTD 11/12/2015 | | WEIDPLASNORTH AMERICA, LLC |
| PRAXIAR DISTRIBUTION INC | 39 OLD RIDGEBURY ROAD DANBURY, CT 68105 | VENDOR AGREEMENTS: PRODUCT SUPPLY AGREEMENT DTD 11/16/2016 | | TECHNIPLAS, LLC |
| QPS EMPLOYMENT GROUP INC | 250 N PATRCIK BLVD, STE 185 BROOKFIELD, WI 53045 | THIRD PARTY SERVICE AGREEMENT: STAFFING SERVICES AGREEMENT DTD 7/17/2018 | | TECHNIPLAS, LLC |
| QPS EMPLOYMENT GROUP INC | 250 N PATRCIK BLVD, STE 185 BROOKFIELD, WI 53045 | THIRD PARTY SERVICE AGREEMENT: STAFFING SERVICES AGREEMENT DTD 7/18/2018 | | TECHNIPLAS, LLC |
| RAYMOND CAROLINA HANDLING | 3101 PIPER LN CHARLOTTE, NC 28208 | LEASE: AUTO: MHE BY THE MONTH AGREEMENT # PM122743-5 DTD 1/12/17 | | WEIDPLASNORTH AMERICA, LLC |
| REMEDY INTELLIGENT STAFFING LLC (DBA REMEDY INTELLIGENT STAFFING) | KAYDEE WALKER 1200 VALLEY WEST DRIVE WEST DES MOINES, IA 50266 | THIRD PARTY SERVICE AGREEMENT: ADDENDUM TO SERVICE LETTER DTD 4/26/2018 | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| REMEDY INTELLIGENT STAFFING LLC (DBA REMEDY INTELLIGENT STAFFING) | KAYDEE WALKER 1200 VALLEY WEST DRIVE WEST DES MOINES, IA 50266 | THIRD PARTY SERVICE AGREEMENT: SERVICE LETTER | | TECHNIPLAS, LLC |
| REMEDY INTELLIGENT STAFFING LLC (DBA REMEDY INTELLIGENT STAFFING) | KAYDEE WALKER 1200 VALLEY WEST DRIVE WEST DES MOINES, IA 50266 | THIRD PARTY SERVICE AGREEMENT: SERVICE LETTER DTD 5/20/2020 | | TECHNIPLAS, LLC |
| REVOLUSTIONS ENVIRONMENTAL | 805 CENTER AVE CLANTON, AL 35045 | ENVIRONMENTAL CLEAN-UP AGREEMENT: WASTE PROFILE RENEWAL DTD 4/7/2020 | | WEIDPLASNORTH AMERICA, LLC |
| RIVER BANK & TRUST | ATTN CHASE CHAMBLISS 309 MAXWELL BLVD MONTGOMERY, AL 36102 | LEASE: BUILDING & LAND: MORTGAGE ASSIGNMENT OF RENTS AND LEASES AND SECURITY AGREEMENT DTD 10/31/2018 | | TECHNIPLAS, LLC |
| ROSE PEST SOLUTIONS | ATTN ROBERT M WARD 7706 RICKLE ST LANSING, MI 48917 | THIRD PARTY SERVICE AGREEMENT: PEST MANAGEMENT AGREEMENT DTD 5/17/2006 | | TECHNIPLAS, LLC |
| SAFETY SYSTEMS INC | ATTN ROB DAVIS PO BOX 1079 JACKSON, MI 49204 | THIRD PARTY SERVICE AGREEMENT: ALARM AGREEMENT DTD 12/12/2016 | | TECHNIPLAS, LLC |
| SAFETY-KLEEN | 42 LONGWATER DR NORWELL, MA 02061 | ENVIRONMENTAL CLEAN-UP AGREEMENT: | | WEIDPLASNORTH AMERICA, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| | | WASTE MATERIAL PROFILE SHEET | | |
| SEARCHAMERICA INC | 120 S 5TH ST 10 HAMILTON, MT 59840 | THIRD PARTY SERVICE AGREEMENT: SEARCH AGREEMENT DTD 5/18/2020 | | TECHNIPLAS, LLC |
| STERLING STAFFING INC | PARTS 3,2 1100 EAST WOODFIELD ROAD SCHAUMBURG, IL 60173 | THIRD PARTY SERVICE AGREEMENT: DIRECT HIRE SERVICES AGREEMENT DTD 3/2/2020 | | TECHNIPLAS, LLC |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 1 YORK STREET TORONTO, ON M5J OB6 CANADA | INSURANCE POLICIES: AMENDMENT NO 1 DTD 1/1/2020 | | TECHNIPLAS, LLC |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 1 YORK STREET TORONTO, ON M5J OB6 CANADA | INSURANCE POLICIES: STOP LOSS POLICY DTD 1/1/2019 | | TECHNIPLAS, LLC |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 1 YORK STREET TORONTO, ON M5J OB6 CANADA | INSURANCE POLICIES: STOP-LOSS POLICY DTD 1/1/2019 | | TECHNIPLAS, LLC |
| TECHNICAL WATER TREATMENT INC | ATTN REX MCHENRY, MGR 12701 SANDY DR GRANGER, IN 46530 | THIRD PARTY SERVICE AGREEMENT: WATER MANAGEMENT AGREEMENT | | TECHNIPLAS, LLC |
| TRANE US INC | ATTN TIM BUSS 3725 CLEVELAND RD, STE 300 SOUTH BEND, IN 46628 | MAINTENANCE AGREEMENT: SCHEDULED SERVICE AGREEMENT DTD 3/7/2019 | | NYLONCRAFT, INC. |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| TST TOOLING SOFTWARE TECHNOLOGY LLC | 6547 DIXIE HWY CLARKSTON, MI 48346 | THIRD PARTY SERVICE AGREEMENT | | TECHNIPLAS, LLC |
| TULIP INTERFACES INC | 561 WINDSOR ST, STE B402 SOMERVILLE, MA 02143 | THIRD PARTY SERVICE AGREEMENT: PROPOSAL FOR SUBSCRIPTION AND IMPLEMENTATION SERVICES DTD 10/1/2018 | | TECHNIPLAS, LLC |
| UNIFIRST CORP | 68 JONSPIN RD. WILMINGTON, MA 01887 | THIRD PARTY SERVICE AGREEMENT: CUSTOMER SERVICE AGREEMENT DTD 12/20/2019 | | TECHNIPLAS, LLC |
| UNITED STATES ALLIANCE FIRE PROTECTION INC | 2936 S 166TH ST NEW BERLIN, WI 53151 AMANDA.THEURICH@USAFP.US | THIRD PARTY SERVICE AGREEMENT: RENEWAL CONTRACT DTD 6/28/2019 | | TECHNIPLAS, LLC |
| UPHDM (UNITY POINT HEALTH) | 6000 UNIVERSITY AVENUE WEST DES MOINES, IA 50266 | OCCUPATIONAL MEDICAL SERVICE | | TECHNIPLAS, LLC |
| US BANK EQUIPMENT FINANCE | 1310 MADRID ST, STE 101 MARSHALL, MN 56258 | LEASE EQUIPMENT: LEASE AGREEMENT | | WEIDPLAS NORTH AMERICA, LLC |
| US BUSINESS SYSTEMS INC | 3221 SOUTHVIEW DR ELKHART, IN 46514 | LEASE EQUIPMENT: LEASE AGREEMENT DTD 5/1/2017 | | NYLONCRAFT, INC. |
| US BUSINESS SYSTEMS INC | 3221 SOUTHVIEW DR ELKHART, IN 46514 | THIRD PARTY SERVICE AGREEMENT: SALES & SERVICE AGREEMENT | | NYLONCRAFT, INC. |
| US BUSINESS SYSTEMS INC | 3221 SOUTHVIEW DR ELKHART, IN 46514 | THIRD PARTY SERVICE AGREEMENT: SALES & SERVICE AGREEMENT DTD 12/10/2019 | | NYLONCRAFT, INC. |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| US SPECIAL DELIVERY | | THIRD PARTY SERVICE AGREEMENT: APPENDIX B PRICING DTD 3/1/2020 | | TECHNIPLAS, LLC |
| VALLOTECH | ATTN MONSIEUR NICOLAS ANDEREGG CHEMIN DES PLANS-PRAZ 11 VALLORBE, 1337 SWITZERLAND | LICENSE AND MANUFACTURING SERVICES AGREEMENT | 1/1/2019 | NYLONCRAFT OF MICHIGAN, LLC |
| WASTE AWAY GROUP INC | 2555 MERIDIAN DR, STE 200 FRANKLIN, TN 37067-6366 | THIRD PARTY SERVICE AGREEMENT: SERVICE AGREEMENT S0009741561 DTD 1/11/2018 | | WEIDPLASNORTH AMERICA, LLC |
| WICOR HOLDING AG | NEUE JONASTRASSE 60 RAPPERSWIL 6640 SWITZERLAND | GUARANTEES: AMENDMENT TO LEASE GUARANTY AGAREEMENT DTD 9/1/2011 | | TECHNIPLAS, LLC |
| WICOR HOLDING AG | ATTN FRANZISKA TSCHUDI NEUE JONASTRASSE 60 RAPPERSWIL CH-8640 SWITZERLAND | GUARANTEES: LEASE GUARANTY AGREEMENT DTD 7/6/2006 | | TECHNIPLAS, LLC |
| WICOR HOLDING AG | ATTN FRANZISKA TSCHUDI SAUBER, CEO NEUE JONASTRASSE 60 RAPPERSWIL 6640 SWITZERLAND | GUARANTEES: LEASE GUARANTY AGREEMENT DTD 7/6/2006 | | TECHNIPLAS, LLC |
| WICOR HOLDING AG | ATTN FRANZISKA TSCHUDI SAUBER, CEO NEUE JONASTRASSE 60 RAPPERSWIL 6640 | LEASE: BUILDING & LAND: LEASE GUARANTY AGREEMENT DTD 7/6/2006 | | TECHNIPLAS, LLC |

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| | SWITZERLAND | | | |
| WICOR HOLDING AG | ATTN FRANZISKA TSCHUDI SAUBER, CEO NEUE JONASTRASSE 60 RAPPERSWIL 6640 SWITZERLAND | LEASE: BUILDING & LAND: LEASE GUARANTY AGREEMENT DTD 7/6/2006 | | TECHNIPLAS, LLC |
| XPONENTIALWORKS INC | JASON SCHWAB 16 S. OAKLAND AVE SUITE 200 PASADENA, CA 91101 | THIRD PARTY SERVICE AGREEMENT: PROFESSIONAL SERVICES AGREEMENT DTD 1/3/2017 | | TECHNIPLAS, LLC |
| XPONENTIALWORKS INC | JASON SCHWAB 16 S. OAKLAND AVE SUITE 200 PASADENA, CA 91101 | THIRD PARTY SERVICE AGREEMENT: PROFESSIONAL SERVICES AGREEMENT DTD 3/1/2020 | | TECHNIPLAS, LLC |
| YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA | ADAM HENSON 1000 HIGHWAY 34 EAST NEWNAN, GEORGIA 30265 | YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA PURCHASE AGREEMENT | 11/19/2018 | TECHNIPLAS, LLC |

## **Exhibit 2**

Rejected Leases

**EXHIBIT 2**
**Rejected Unexpired Leases for Nonresidential Real Property**

| COUNTERPARTY OR LANDLORD | COUNTERPARTY OF LANDLORD ADDRESS AND/OR EMAIL ADDRESS | TITLE OR DESCRIPTION OF CONTRACT OR LEASE | DATE | DEBTOR(S) |
|---|---|---|---|---|
| CROSSCOUNTRY FREIGHT SOLUTIONS INC | 1929 HANCOCK DR BISMARK, ND 58502 | LEASE: BUILDING & LAND: COMMERCIAL SUBLEASE AGREEMENT DTD 4/21/2020 | | TECHNIPLAS, LLC |
| MUNCIE & MATTSON PC | ATTN J ALEX MUNCIE III 987 DREW LN AUBURN, AL 36830 | LEASE: BUILDING & LAND: LEASE DTD 4/9/2018 | | WEIDPLASNORTH AMERICA, LLC |
| PANADUR GMBH | ATTN DR ING WOLFGANG BECK AM SULZEGRABENRW 17 HALBERSTADT, 38820 GERMANY | D27 MIETVERTRAG HBS AM SULZEGRABEN | | TECHNIPLAS, LLC |
| PANADUR GMBH | ATTN DR THOMAS MOCH AM SULZEGRABENRW 17 HALBERSTADT, 38820 GERMANY | D27 MIETVERTRAG HBS AM SULZEGRABEN BK IMMOBILIEN NACHTRAG 1 | | TECHNIPLAS, LLC |
| PANADUR GMBH | ATTN DR THOMAS MOCH AM SULZEGRABENRW 17 HALBERSTADT, 38820 GERMANY | D27 MIETVERTRAG HBS AM SULZEGRABEN BK IMMOBILIEN NACHTRAG 1 | | TECHNIPLAS, LLC |
| PAUL SHANNON RREVOCABLE TRUST DTD 12/7/2005 | ATTN PAUL M SHANNON 57976 TAILWIND CT ELKHART, IN 46517 | LEASE: BUILDING & LAND: REAL ESTATE LEASE DTD 12/8/2017 | | NYLONCRAFT, INC. |
| SODECIA NA INC | 969 CHICAGO RD TROY, MI 48083 | LEASE: BUILDING & LAND: SUBLEASE DTD 5/5/2018 | | WEIDPLASNORTH AMERICA, LLC |