## **Exhibit B**

Rejection Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TECHNIPLAS, LLC, *et al.,* | Case No. 20-11049 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: [ • ], 2020** |

### NOTICE OF REJECTION OF [CERTAIN EXECUTORY CONTRACT[S] [AND/OR UNEXPIRED LEASES]]

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>EXHIBIT 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on [_____], 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order on the motion (the "**Motion**")[2] of debtors and debtors in possession (the "**Debtors**"), approving procedures for the rejection of executory contracts and unexpired leases and granting related relief [Docket No. ___] (the "**Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "**Rejection Notice**"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each executory contract and unexpired lease (each an "**Agreement**," and together the "**Agreements**") set forth on <u>**Exhibit 1**</u> attached hereto is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Techniplas, LLC (7921); DMP Monterrey Holdings LLC (5888); DMP International Holdings, LLC (5922); Nyloncraft, Inc. (6035); Nyloncraft of Michigan, LLC (9613); DMP Exports Inc. (2366); Techniplas Finance Corp. (8207); and WEIDPLAS North America, LLC (6945). The address of the Debtors' corporate headquarters is N44 W33341 Watertown Plank Road, Nashotah, Wisconsin 53058.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

rejected effective as of the date (the "**Rejection Date**") set forth in <u>**Exhibit 1**</u>, or such other date as the Debtors and the counterparty or counterparties to any such Agreement agree.

     **PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Agreement must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is actually received by the following parties no later than seven (7) days after the date that the Debtors served this Notice: (i) Techniplas, LLC, N44 W33341 Watertown Plank Road, Nashotah, Wisconsin 53058 (Attn: Pete Smidt (Pete.Smidt@fticonsulting.com); (ii) counsel to the Debtors, (a) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: David Turetsky, Esq. (david.turetsky@whitecase.com), and Andrew Zatz, Esq. (azatz@whitecase.com)), and (b) Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801 (Attn: Jeffrey Schlerf, Esq. (jschlerf@foxrothschild.com)); (iii) counsel to the DIP Term Lenders party to the DIP Term Credit Agreement, and the Prepetition Notes party to the Prepetition Notes Indenture, (a) Arnold & Porter Kaye Scholer LLP, 250 W 55th St, New York, NY 10019 (Attn: Jonathan I. Levine, Esq. (Jonathan.Levine@arnoldporter.com)), and (b) Cole Schotz P.C., 500 Delaware Avenue, Ste 1410, Wilmington, DE 19801 (Attn: Kate Stickles (kstickles@coleschotz.com)); (iv) counsel to Bank of America, N.A., as agent the Prepetition ABL Facility, Sidley Austin LLP, 1 S Dearborn St, Chicago, IL 60603 (Attn: Andrew R. Cardonick, Esq. (acardonick@sidley.com) and Dennis Twomey, Esq. (dtwomey@sidley.com)); (iv) counsel to the Official Committee of Unsecured Creditors, (a) Akin Gump Strauss Hauer & Feld LLP (Attn: Arik Preis, Esq. (apreis@akingump.com) and Kevin Zuzolo, Esq. (kzuzolo@akingump.com)), and (b) Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com)); and (v) the U.S. Trustee, 844 King

Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Linda Richenderfer (Linda.Richenderfer@usdoj.gov)). Only those responses that are timely filed, served, and received will be considered at any hearing.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of each Agreement shall become effective on the Rejection Date set forth in **<u>Exhibit 1</u>**, or such other date as the Debtors and the counterparty or counterparties to such Agreement agree.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Agreement is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Agreement[s] to which such objection relates. If such objection is overruled or withdrawn, such Agreement[s] shall be rejected as of the Rejection Date set forth in **<u>Exhibit 1</u>** or such other date as the Debtors and the counterparty or counterparties to any such Agreement agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with an Agreement counterparty as a security deposit or other arrangement, the Agreement counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Agreements otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in **<u>Exhibit 1</u>** shall be deemed abandoned as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Agreement[s], you must do so by the later of (a) the claims bar date

111439426.v7

established in these Chapter 11 Cases, if any, and (b) twenty-one (21) days after the Rejection Date.

**IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**

*[Remainder of Page Intentionally Left Blank]*

111439426.v7

Dated: _____, 2020
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ DRAFT_____

Jeffrey M. Schlerf (No. 3047)
Carl D. Neff (No. 4895)
Daniel B. Thompson (No. 6588)
919 North Market Street, Suite 300
Wilmington, DE 19801
(302) 654-7444
jschlerf@foxrothschild.com
cneff@foxrothschild.com
danielthompson@foxrothschild.com

David M. Turetsky (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
david.turetsky@whitecase.com
azatz@whitecase.com

Fan B. He (admitted *pro hac vice*)
Robbie T. Boone Jr. (admitted *pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
(305) 371-2700
fhe@whitecase.com
robbie.boone@whitecase.com

*Counsel to Debtors and*
*Debtors-in-Possession*